

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 02-13-00393-CV

IN RE MONARCH SERVICE                                               RELATORS
COMPANY II, LLC; FLEX CAPITAL
TRANSPORTS, LLC; FLEXFRAC
PROPPANT SAND SUPPLIERS,
LLC; AND ANDREW ADAMS

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: MCCOY, DAUPHINOT, and WALKER, JJ.

DELIVERED: November 21, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).